IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEREMY GERALD, | : |
| Petitioner | : |
| VS. | : |
| | : NO. 7:06-CV-4(HL) |
| Sheriff BUCHER, Warden, | : |
| Respondent | : **O R D E R** |

Petitioner **JEREMY GERALD'S** petition for writ of habeas corpus was transferred to this Court from the Northern District of Florida on January 3, 2006. A review of the record reveals that petitioner did not submit the $5.00 filing fee or a motion to proceed *in forma pauperis*. Should petitioner choose to proceed with this action, he should submit, within twenty (20) days of the date of this order, either a motion to proceed *in forma pauperis* or the $5.00 filing fee. Failure to comply with this order may result in the dismissal of petitioner's application.

The Clerk of Court is directed to forward the appropriate financial affidavit to the petitioner, along with a copy of this order.

**SO ORDERED**, this 18th day of January, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com