IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JEREMY GERALD, | : | |
| Petitioner | : | |
| VS. | : | NO. 7:06-CV-4(HL) |
| Sheriff BUCHER, | : | |
| Respondent | : | **O R D E R** |

Petitioner **JEREMY GERALD'S** habeas corpus petition was transferred to this Court from the Northern District of Florida on January 3, 2006. By order dated January 18, 2006, this Court issued an order directing petitioner to either submit the $5.00 filing fee or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*. Petitioner was given twenty (20) days in which to comply with the Court's order. Petitioner was advised that his failure to comply with the Court's order would result in the dismissal of this action.

To date, the Court has not received the $5.00 filing fee or an IFP affidavit from petitioner, nor has the Court received an explanation from petitioner as to his failure to comply with the Court's instructions. The liberal construction that is granted *pro se* litigants in filing their complaints does not mean that they are allowed lack of compliance with deadlines that are imposed by law. "Liberal construction does not mean liberal deadlines." ***Wayne v. Jarvis***, 197 F.3d 1098, 1104 (11th Cir. 1999). Consequently, the within action is hereby **DISMISSED**, without prejudice.

**SO ORDERED**, this 15th day of February, 2006.

**s/   Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr